UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT MERCOGLAN,

    Plaintiff,

v.                                     Case No.: 2:18-cv-209-FtM-38MRM

CHARLOTTE COUNTY BOARD OF
COUNTY COMMISSIONERS,

    Defendant.
_____/

## ORDER

On June 20, 2019, the Court held a status conference at which counsel for all parties attended. Discussions were had on the parties submitting supplemental briefing on Plaintiff Robert Mercoglan's Motion to Reopen Case (Doc. 53). The Court orally granted the supplemental briefing to allow the parties to argue why this Court has jurisdiction to adjudicate their settlement dispute. This Order memorializes that decision.

Accordingly, it is now **ORDERED**:

(1) Plaintiff Robert Mercoglan may file a supplemental brief consistent with this Order on or before **June 28, 2019**.

(2) Defendant Charlotte County Board of County Commissioners may file a response to Mercoglan's supplemental brief on or before **July 5, 2019**.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of June 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record